JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN FRANKLIN, | ) Case No. ED CV 11-01978- MWF (SPx) |
| Plaintiff, | ) **JUDGMENT AFTER TRIAL** |
| v. | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. (Docket No. 79). Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment on the merits be entered as follows:


1. On Plaintiff's Claim 1 for discrimination in violation of the FEHA section 12940(a) based on disability or perceived disability: In favor of Defendant.

2. On Plaintiff's Claim 2 for failure to accommodate disability in violation of the FEHA section 12940(m): In favor of Defendant.

3. On Plaintiff's Claim 3 for failure to engage in a timely good faith interactive process in violation of the FEHA section 12940(n): In favor of Defendant.

4. On Plaintiff's Claim 4 for adverse employment action in violation of public policy: In favor of Defendant.

5. On Plaintiff's Claim 5 for violation of California Civil Code section 3294: In favor of Defendant.

6. On Plaintiff's Claim 6 for attorneys' fees and costs in accordance with California Government Code section 12965(b): In favor of Defendant.

In accordance with Local Rule 54, Defendant is the prevailing party for the purposes of recovering costs in this action.

Dated: July 30, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge